1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Nationstar Mortgage, LLC dba Mr. Cooper, a Delaware limited liability company, <br><br>               Plaintiff, <br>     v. <br><br> Betty L. Williams, an individual; Secretary of the United States Department of Housing and Urban Development; and DOES 1-20, <br><br><br>               Defendants. | Case No. 2:22-cv-05759-MCS-JPR <br><br> **STIPULATED JUDGMENT (ECF No. 29)** <br><br> Honorable Mark C. Scarsi <br> United States District Judge |

In light of the parties' stipulation, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The Deed of Trust executed by Betty L. Williams ("Williams") on or about October 18, 2019, in favor of Nationstar Mortgage, LLC, and recorded against that certain real property commonly known as 4706 11th Ave., Los Angeles, California 90043, Assessor's Parcel No.: 5013-025-028 (the "Property") on October 30, 2019, in the Los Angeles County Recorder's Office as Instrument No 20191169547 (the "Nationstar DOT") is hereby declared to be senior to and has priority over both (1) the

Deed of Trust executed by Williams on or about January 23, 2013, in the principal sum of $89,063.39, identifying United States Department of Housing and Urban Development ("HUD") as Lender and recorded against the Property on April 18, 2013, in the Los Angeles County Recorder's Office as Instrument No. 20130581736 (the "HUD 2013 DOT") and (2) the Deed of Trust executed by Williams on or about February 22, 2017, in the principal sum of $3,086.89, identifying HUD as Lender and recorded against the Property on March 14, 2017, in the Los Angeles County Recorder's Office as Instrument No. 20170291661 (the "HUD 2017 DOT").

2.     The above-captioned action is dismissed with prejudice against defendant Marcia Fudge, in her official capacity as Secretary (the "Secretary"), United States Housing and Urban Development pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each side to bear its own costs, fees, and expenses.

DATED: March 20, 2023

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE